667 A.2d 916

**ATTORNEY GRIEVANCE COMMISSION OF MARYLAND, Petitioner,**

v.

**Cornell D. CORNISH, Respondent.**

**Misc. (Subtitle BV) No. 39, Sept. Term, 1995.**

Court of Appeals of Maryland.

Dec. 4, 1995.

### ORDER

This matter came before the Court on a Petition filed jointly by the Attorney Grievance Commission and the respondent, Cornell D. Cornish, for the respondent to be placed on inactive status. The Court having considered the Petition, it is this 4th day of December, 1995,

ORDERED, by the Court of Appeals of Maryland, that the Petition for Inactive Status be and it is hereby GRANTED, and the respondent shall be placed on inactive status from the practice of law, and it is further

ORDERED, that the Clerk of this Court shall remove the name of Cornell D. Cornish from the register of attorneys in this Court and certify that fact to the Trustees of the Clients' Security Trust Fund and the clerks of all judicial tribunals in this State in accordance with Rule BV13.